ORIGINAL

**JUDGE DANIELS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

**13 CRIM 768**

UNITED STATES OF AMERICA

    - v. -

TAKIM JACKSON,

              Defendant.

- - - - - - - - - - - - - - - - - x

INDICTMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 04 2013

### COUNT ONE

1. On or about June 19, 2013, in the Southern District of New York, TAKIM JACKSON, the defendant, intentionally and knowingly did distribute and possess with the intent to distribute a controlled substance.

2. The controlled substance involved in the offense was 28 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B); Title 18, United States Code, Section 2.)

### COUNT TWO

3. On or about June 19, 2013, in the Southern District of New York, TAKIM JACKSON, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a Hi-Point 9mm Luger

handgun, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

## COUNT THREE

4. On or about June 19, 2013, in the Southern District of New York, TAKIM JACKSON, the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, to wit, a Hi-Point 9mm Luger handgun, which JACKSON possessed in the vicinity of 2006 Homer Avenue in the Bronx, New York.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

## FORFEITURE ALLEGATION

5. As a result of committing the controlled substance offense charged in Count One of this Indictment, TAKIM JACKSON, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in

any manner or part to commit and to facilitate the commission of the offense charged in Count One of this Indictment.

<u>Substitute Assets Provision</u>

   6.  If any of the above-described forfeitable property, as a result of any act or omission of TAKIM JACKSON, the defendant:

     a.  cannot be located upon the exercise of due diligence;

     b.  has been transferred or sold to, or deposited with, a third person;

     c.  has been placed beyond the jurisdiction of the Court;

     d.  has been substantially diminished in value; or

     e.  has been commingled with other property which cannot be subdivided without difficulty,

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____ 10/14/13
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TAKIM JACKSON,

Defendant.

INDICTMENT

13 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(B), 853; 18 U.S.C.
§§ 922(g)(1), 924(c)(1)(A)(i), and 2.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____ 10/4/13 _____   Foreperson.

10/4/13 FILED INDICTMENT

COT, USMJ